```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF RHODE ISLAND
```

_____
                              )
VICKI K.,                     )
                              )
         Plaintiff,           )
                              )
    v.                        )       C.A. No. 20-35-WES
                              )
ANDREW M. SAUL,               )
                              )
         Defendant.           )
_____)

**ORDER**

On October 8, 2020, Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R.&R."), ECF No. 17, which recommended that the Court deny Plaintiff's Motion to Reverse, Without or, Alternatively, With a Remand for a Rehearing of the Commissioner's Final Decision ("Motion to Reverse"), ECF No. 12, and grant Defendant Andrew M. Saul's ("Commissioner") Motion for an Order Affirming the Decision of the Commissioner ("Motion to Affirm"), ECF No. 14.  Specifically, Judge Almond determined that Administrative Law Judge Martha Bower's ("ALJ") findings "have adequate support in the record" and "there is no basis upon which to reject such findings[,]" as Plaintiff has "not shown the existence of reversible error in the ALJ's treatment of the medical evidence."  R.&R. 15.  After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R.&R. and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion to Reverse, ECF No. 12, is DENIED, and Commissioner's Motion to Affirm, ECF No. 14, is GRANTED.  Accordingly, final judgment is entered in favor of the Commissioner.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
District Judge
Date: November 13, 2020